UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ESTATE OF JACOB APODACA, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF ROBERT APODACA JR. RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

I, Robert Apodaca Jr., do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Jacob Apodaca, pursuant to section § 377.32 of the California Code of Civil Procedure.

2. Jacob Apodaca was born on ▮▮▮▮ 2001, in the County of Los Angeles, California.

3. No proceeding is now pending in California for administration of the estate of Jacob Apodaca.

4. I am a successor-in-interest to Jacob Apodaca (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological father of Jacob Apodaca.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Jacob Apodaca in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Jacob Apodaca is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 26, 2023, at Merced, California.

*Robert Apodaca Jr.*
Robert Apodaca Jr.

---

**DECLARATION OF ROBERT APODACA JR. RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Apodaca v. County of Merced.* United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

## COUNTY of MERCED
### HEALTH DEPARTMENT
#### MERCED, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3202224001401
LOCAL REGISTRATION NUMBER:

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): **JACOB**
- 2. MIDDLE: **MERLIN**
- 3. LAST (Family): **APODACA**
- AKA – ALSO KNOWN AS:
- 4. DATE OF BIRTH: **2001**
- 5. AGE: **21**
- 6. SEX: **M**
- 9. BIRTH STATE/FOREIGN COUNTRY: **CA**
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: **NEVER MARRIED**
- 7. DATE OF DEATH: **10/19/2022**
- 8. HOUR: **1602**
- 13. EDUCATION: **HS GRADUATE**
- 14-15. WAS DECEDENT HISPANIC/LATINO/SPANISH: X — **MEXICAN**
- 16. DECEDENT'S RACE: **MEXICAN AMERICAN**
- 17. USUAL OCCUPATION: **MUSICIAN**
- 18. KIND OF BUSINESS OR INDUSTRY: **ENTERTAINMENT**
- 19. YEARS IN OCCUPATION: **5**

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: **500 BURTON AVENUE APT 10**
- 21. CITY: **SAN ANTONIO**
- 22. COUNTY/PROVINCE: **BEXAR**
- 23. ZIP CODE: **78221**
- 24. YEARS IN COUNTY: **3**
- 25. STATE/FOREIGN COUNTRY: **TX**

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: **ROBERT APODACA JR, FATHER**
- 27. INFORMANT'S MAILING ADDRESS: **2334 SAGUARO COURT, MERCED, CA 95348**

### SPOUSE/SRDP AND PARENT INFORMATION
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: —
- 29. MIDDLE: —
- 30. LAST (BIRTH NAME): —
- 31. NAME OF FATHER/PARENT – FIRST: **ROBERT**
- 32. MIDDLE: —
- 33. LAST: **APODACA, JR**
- 34. BIRTH STATE: **CA**
- 35. NAME OF MOTHER/PARENT – FIRST: **MARISEL**
- 36. MIDDLE: —
- 37. LAST (BIRTH NAME): **PEREZ**
- 38. BIRTH STATE: **CA**

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- 39. DISPOSITION DATE: **11/04/2022**
- 40. PLACE OF FINAL DISPOSITION: **CALVARY CEMETERY, 260 WEST CHILDS AVENUE, MERCED, CA 95341**
- 41. TYPE OF DISPOSITION(S): **BURIAL**
- 42. SIGNATURE OF EMBALMER: **RICHARD LEE HUNTLEY**
- 43. LICENSE NUMBER: **EMB7841**
- 44. NAME OF FUNERAL ESTABLISHMENT: **STRATFORD EVANS MERCED FUNERAL HOME**
- 45. LICENSE NUMBER: **FD538**
- 46. SIGNATURE OF LOCAL REGISTRAR: **SALVADOR SANDOVAL, MD**
- 47. DATE: **10/27/2022**

### PLACE OF DEATH
- 101. PLACE OF DEATH: **JAIL**
- 102. IF HOSPITAL, SPECIFY ONE:
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: X — Other
- 104. COUNTY: **MERCED**
- 105. FACILITY ADDRESS OR LOCATION: **700 W. 22ND STREET**
- 106. CITY: **MERCED**

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): **STAB WOUNDS OF CHEST AND ABDOMEN, AND BLUNT IMPACT INJURIES OF HEAD AND NECK**
  - Time interval: **MINS**
- 108. DEATH REPORTED TO CORONER?: **YES** — 22-46937
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS: —
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: **NO**

### PHYSICIAN'S CERTIFICATION
- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED
- 115. SIGNATURE AND TITLE OF CERTIFIER:
- 116. LICENSE NUMBER:
- 117. DATE:
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

### CORONER'S USE ONLY
- 119. MANNER OF DEATH: **HOMICIDE** (X)
- 120. INJURED AT WORK?: NO
- 121. INJURY DATE: **10/19/2022**
- 122. HOUR: **1451**
- 123. PLACE OF INJURY: **OTHER JAIL**
- 124. DESCRIBE HOW INJURY OCCURRED: **INMATES ASSAULTED VICTIM INSIDE JAIL CELL**
- 125. LOCATION OF INJURY: **JAIL CELL, 700 W. 22ND STREET, MERCED, CA 95340**
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: **MARK SUPER MD**
- 127. DATE: **10/26/2022**
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: **MARK SUPER MD, CORONER**

STATE REGISTRAR: A B C D E
FAX AUTH #:  CENSUS TRACT:



**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA
COUNTY OF MERCED } SS   DATE ISSUED **11/02/2022**

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT

*Salvador Sandoval MD MPH*
Dr. Salvador Sandoval MD, MPH
HEALTH OFFICER, MERCED COUNTY

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE