| | |
|---|---|
| Mark E. Merin (State Bar No. 043849)<br>Paul H. Masuhara (State Bar No. 289805)<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street, Suite 300<br>Sacramento, California 95814<br>Telephone:   (916) 443-6911<br>Facsimile:   (916) 447-8336<br>E-Mail:   mark@markmerin.com<br>   paul@markmerin.com<br><br>Attorneys for Plaintiffs<br>ESTATE OF JACOB APODACA<br>and ROBERT APODACA JR. | Kaveh Navab (State Bar No. 280235)<br>NAVAB LAW, APC<br>13160 Mindanao Way, Suite 280<br>Marina Del Rey, California 90292<br>Telephone: 310.826.1002<br>navablaw@gmail.com<br><br>Karen N. Jacobs, Esq. (238607)<br>JACOBS LAW FIRM, APC<br>9454 Wilshire Blvd. #830<br>Beverly Hills, CA 90212<br>(424) 777-0207 • Fax: (877) 977-8899<br>Kjacob@jacobslawfirm.net |

Forrest W. Hansen, SBN 235432
Jenna M. Anderson, SBN 291467
Mark T. Laluan, SBN 339479
Merced County Counsel's Office
2222 M Street, 3rd Floor
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com

Attorneys for Defendants
COUNTY OF MERCED, MERCED COUNTY
SHERIFF'S OFFICE, VERNON WARNKE, SOTO,
ANDREA SWEENEY, and ROMAN GRANADO

Attorneys for Plaintiffs
ESTATE OF JACOB APODACA
and MARISEL PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF JACOB APODACA and ROBERT APODACA JR.,<br><br>             Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, VERNON WARNKE, SOTO, ANDREA SWEENEY, ROMAN GRANADO, and DOE 1 to 20,<br><br>             Defendants. | Case No. 1:23-cv-00171-JLT-SAB<br><br>**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

1

| | |
|---|---|
| MARISEL PEREZ, individually, and successor in interest to the Deceased, Jacob Apodaca,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, VERNON WARNKE, SOTO, ANDREA SWEENEY, ROMAN GRANADO, and DOE 1–20,<br><br>Defendants. | Case No. 1:23-cv-00864-JLT-EPG |

## STIPULATION

Pursuant to Local Rule 270, the parties—Plaintiffs Estate of Jacob Apodaca and Robert Apodaca Jr.; Plaintiffs Estate of Jacob Apodaca and Marisel Perez; and Defendants County of Merced, Merced County Sheriff's Office, Vernon Warnke, Soto, Andrea Sweeney, and Roman Granado—submit the following Joint Stipulation for Referral and Settlement Conference.

WHEREAS, the parties jointly agree to participate in a settlement conference before Magistrate Judge Kendall J. Newman;

WHEREFORE, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Kendall J. Newman to conduct a settlement conference in this matter on November 6, 2023; and

Now, THEREFORE, the parties STIPULATE:

1. that this matter shall be REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference; and
2. that a settlement conference shall be SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on November 6, 2023.

\\\
\\\
\\\
\\\
\\\

IT IS SO STIPULATED.

Dated: August 23, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
  Mark E. Merin
  Paul H. Masuhara

   Attorneys for Plaintiffs
   ESTATE OF JACOB APODACA
   and ROBERT APODACA JR.

Dated: August 30, 2023

Respectfully Submitted,

  */s/ Kaveh Navab*
  (as authorized on August 30, 2023)

By: _____
  Kaveh Navab
  Karen N. Jacobs

   Attorneys for Plaintiffs
   ESTATE OF JACOB APODACA
   and MARISEL PEREZ

Dated: August 30, 2023

Respectfully Submitted,
Merced County Counsel

  */s/ Jenna M. Anderson*
  (as authorized on August 30, 2023)

By: _____
  Jenna M. Anderson
  Mark T. Laluan

   Attorneys for Defendants
   COUNTY OF MERCED, MERCED COUNTY
   SHERIFF'S OFFICE, VERNON WARNKE, SOTO,
   ANDREA SWEENEY, and ROMAN GRANADO

3

**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER**
*Estate of Apodaca v. County of Merced*, U.S. District Court, Eastern District of California, Case Nos. 1:23-cv-00171-JLT-SAB & 1:23-cv-00864-JLT-EPG

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

1. This matter is REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference.
2. A settlement conference is SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on November 6, 2023.

IT IS SO ORDERED.

Dated: __August 31, 2023__



UNITED STATES DISTRICT JUDGE

4

**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER**
*Estate of Apodaca v. County of Merced*, U.S. District Court, Eastern District of California, Case Nos. 1:23-cv-00171-JLT-SAB & 1:23-cv-00864-JLT-EPG