Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:     mark@markmerin.com
            paul@markmerin.com

Attorneys for Plaintiffs Estate of Jacob Apodaca and Robert Apodaca Jr.

Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
Mark T. Laluan, SBN 339479
Deputy County Counsel
2222 M Street
Merced, CA  95340
Tel:   (209) 385-7564
Fax:   (209) 726-1337
Email:
Jenna.Anderson@countyofmerced.com;
Mark.Laluan@countyofmerced.com

Attorneys for Defendants
County of Merced, Merced County Sheriff's Office, Vernon H. Warnke, Soto, Andrea Sweeney and Roman Granado

Kaveh Navab (State Bar No. 280235)
NAVAB LAW, APC
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone: 310.826.1002
navablaw@gmail.com

Karen N. Jacobs, Esq. (238607)
JACOBS LAW FIRM, APC
9454 Wilshire Blvd. #830
Beverly Hills, CA 90212
(424) 777-0207 • Fax: (877) 977-8899
Kjacob@jacobslawfirm.net

*Attorneys for Plaintiff,*
MARISEL PEREZ, individually and successor in interest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Estate of Jacob Apodaca and Robert Apodaca, Jr.,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Merced, et al.,<br><br>Defendants. | Case Nos. 1:23-cv-00171-JLT-SAB and 1:23-cv-00864-JLT-EPG<br><br>**Stipulation to Consolidate Related Cases and [Proposed] Order** |

Plaintiffs Estate of Jacob Apodaca, Robert Apodaca, and Marisel Perez (collectively "Plaintiffs") and defendants County of Merced, Merced County Sheriff's Office (a department of County of Merced), Sheriff Vernon Warnke, Soto, Andrea Sweeney, and Ramon Granado (collectively "Defendants") hereby submit the following stipulation to consolidate related cases:

Whereas, Plaintiffs Estate of Jacob Apodaca and Robert Apodaca, Jr., filed an action in this district against Defendants, captioned *Estate of Jacob Apodaca and Robert Apodaca, Jr. v. County of Merced,* et al., Case No. 1:23-cv-00171-JLT-SAB on or about February 3, 2023;

Whereas, Plaintiff Marisel Perez filed an action in this district against Defendants, captioned *Marisel Perez v. County of Merced,* et al., Case No. 1:23-cv-00864-JLT-EPG on or about June 6, 2023;

Whereas, both complaints involve the same defendants, same events, common questions of law and fact and consolidation will avoid unnecessary costs and delays.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendants, through their respective counsel of record herein, that the two complaints be consolidated and Case No. 1:23-cv-00171-JLT-SAB will be the lead case.

IT IS SO STIPULATED.

Dated: October 2, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Paul Masuhara*
(as authorized on October 2, 2023)
By: _____
Paul Masuhara
Attorneys for Plaintiffs Estate of Jacob Apodaca and Robert Apodaca Jr.,

Dated: September 28, 2023       Navab Law, APC

        */s/ Kaveh Navab*
        (as authorized on September 28, 2023)

By: _____
   Kaveh Navab
   Attorneys for Plaintiff Marisel Perez

Dated: October 3, 2023

Respectfully Submitted,
Merced County Counsel's Office

   */s/ Jenna M. Anderson*
By: _____
   Jenna M. Anderson
   Chief Deputy County Counsel

Attorneys for Defendants COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, and VERNON H. WARNKE, SOTO, ANDREA SWEENEY AND ROMAN GRANADO

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED that Case no. 1:23-cv-00171-JLT-SAB and Case No. 1:23-cv-00864-JLT-EPG be consolidated. Case No. 1:23-cv-00171-JLT-SAB will be the lead case.

IT IS SO ORDERED.

Dated: **October 5, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE