Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
Mark T. Laluan, SBN 339479
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
Email: Jenna.Anderson@countyofmerced.com;
Mark.Laluan@countyofmerced.com

Attorney for Defendants County of Merced, "Merced County Sheriff's Office" (a department of the County of Merced), Vernon Warnke, Soto, Andrea Sweeney, and Roman Granado

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| Estate of Jacob Apodaca and Robert Apodaca, Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>County of Merced, Merced County Sheriff's Office, Vernon Warnke, Soto, Andrea Sweeney, Roman Granado, and Doe 1 to 20,<br><br>Defendants | Case No. 1:23-cv-00171-JTL-SAB [consolidated with 1:23-cv-00864-JLT-EPG]<br><br>**Request for Defendants Vernon Warnke, Brandon Soto, Andrea Sweeney and Roman Granado to be Excused from Attending Settlement Conference Proceedings and [Proposed] Order**<br><br>Date: November 6, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Magistrate Judge Kendall J. Newman |

A settlement conference has been set before Magistrate Judge Kendall J. Newman for November 6, 2023, via video conferencing through the Zoom platform. Pursuant to Local Rule 270(d), Fed. R. Civ. P. 16, and the Settlement Conference Procedures published by Magistrate Judge Kendall J. Newman, the

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

Request for Defendants Vernon Warnke, Brandon Soto, Andrea Sweeney and Roman Granado to be Excused from Attending Settlement Conference Proceedings and  Order

1  Court requires parties to have a principal with full settlement authority present
2  for the conference or be fully authorized to settle the matter on any terms.
3      Defendant COUNTY OF MERCED has a statutory duty to defend and
4  indemnify Defendants Vernon Warnke, Brandon Soto, Andrea Sweeney and
5  Roman Granado for conduct within the course and scope of their employment as
6  employees of the Sheriff's Department, and is sending representatives authorized
7  to settle the matter in full, including on behalf of Defendants Vernon Warnke,
8  Brandon Soto, Andrea Sweeney and Roman Granado.  As a result, Defendants
9  Vernon Warnke, Brandon Soto, Andrea Sweeney and Roman Granado
10 specifically request to be personally excused from appearing at the conference.
11 Instead, Defendants Vernon Warnke, Brandon Soto, Andrea Sweeney and
12 Roman Granado request permission to (1) appear by and through their counsel,
13 Jenna M. Anderson of the Office of County Counsel, County of Merced, and (2) to
14 remain on telephone and electronic standby should their participation be
15 requested or their consent to any settlement be required.

Dated: October 30, 2023

    Forrest W. Hansen
    Merced County Counsel

By:   /s/ Jenna M. Anderson
    Jenna M. Anderson
    Chief Deputy County Counsel
    Attorneys for Defendants County of
    Merced, "Merced County Sheriff's
    Office" (a department of the County
    of Merced), Vernon Warnke, Soto,
    Andrea Sweeney, and Roman
    Granado

### ORDER

IT IS HEREBY ORDERED THAT Defendants Vernon Warnke, Brandon
Soto, Andrea Sweeney and Roman Granado may appear for the settlement

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Request for Defendants Vernon Warnke, Brandon Soto, Andrea Sweeney and Roman Granado to
be Excused from Attending Settlement Conference Proceedings and  Order

1 conference scheduled for 9:00 a.m. on November 6, 2023, by and through their
2 counsel, Jenna M. Anderson of the Office of the County Counsel, County of
3 Merced, and to remain on telephone and electronic standby should their
4 participation by conference call or via the Zoom platform be requested, and/or
5 their consent to any settlement be required.
6     IT IS SO ORDERED.

Dated: October 31, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

3

Request for Defendants Vernon Warnke, Brandon Soto, Andrea Sweeney and Roman Granado to be Excused from Attending Settlement Conference Proceedings and Order